ISADORE FEITLINGER and FEDERAL TRUST COMPANY, complainants-appellants,

*v.*

MORRIS HELLER et al., defendants-respondents.

[Submitted October term, 1932. Decided January 23d, 1933.]

*Messrs. Lindabury, Steelman, Zink & Lafferty,* for the appellants.

*Mr. Paul Q. Oliver,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Backes in the court of chancery.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 12.

*For reversal*—None.